E-FILED

Tuesday, 11 December, 2018  02:59:41 PM

Clerk, U.S. District Court, ILCD

USA-153Consent to Transfer of Case for Plea and Sentence (Under Rule 20)

## In the United States District Court

for the Central      DISTRICT OF      Illinois

UNITED STATES OF AMERICA

V.

Michael McWhorter

}

CRIMINAL NUMBER:

18-CR-20014-03

### Consent to Transfer of Case for Plea and Sentence
*(Under Rule 20)*

FILED

DEC 1 1 2018

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA - ILLINOIS

I, Michael McWhorter _____, defendant, have been informed that an (*indictment, information, complaint*) is pending against me in the above designated cause. I wish to plead guilty _____ to the offense charged, to consent to the disposition of the case in the _____ District of Minnesota _____ in which I, am under arrest _____, (am under arrest, am held) and to waive trial in the above captioned District.

Dated: October 31 2018 at 10:30 Am

s/Michael McWhorter

(Defendant)

s/Baku Patel

(Cou s/Eugene Miller

(Assistant United States Attorney)

Approved

s/John Milhiser

s/Erica MacDonald

United States Attorney for the

_____ District of

Minnesota

United States Attorney for the

Central

_____ District of

Illinois