

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

**OFFICE OF THE CLERK**
TEL: 217.492.4020
FAX: 217.492.4028

December 11, 2018

RE:  USA v. Michael McWhorter
      Central District of Illinois Case Number:  18-CR-20014-03

Dear Clerk of Court:

The enclosed Consent to Transfer of Case for Plea and Sentence (Under Rule 20) was signed by the parties on 10/31/2018 and is ready for transfer to the District of Minnesota.

This court is using the electronic filing system. You may access our electronic case file at the following address: http://ecf.ilcd.uscourts.gov to obtain copies of any documents that you may need in opening your file.

Please acknowledge receipt of the Consent by signing and dating the enclosed copy of this letter and returning it our office.

Sincerely,

s/ Jessica Bartell
Deputy Clerk



Acknowledgment and Receipt:

_____           _____
Signature                                                                                                Date

Peoria Division
100 N.E. Monroe St.
Room 309
Peoria, IL 61602
309.671.7117

Urbana Division
201 S. Vine St.
Room 218
Urbana, IL 61802
217.373.5830

Springfield Division
600 E. Monroe St.
Room 151
Springfield, IL 62701
217.492.4020

Rock Island Division
(Temporarily relocated for mail and hearings to):
131 E. 4th Street, Rm 250
Davenport, IA 52801
309.793.5778